UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOHN E. LOHMANN,

Plaintiff,

v. Case No. 5:07-cv-387-Oc-10GRJ

MICHAEL J. ASTRUE, Commissioner of Social Security,

Defendant.
_______________________________________/

**REPORT AND RECOMMENDATION**[1]

Pending before the Court is Plaintiff's Motion To Proceed *In Forma Pauperis*. (Doc. 2.) Plaintiff represents that he is disabled and unable to pay the fees and costs of pursuing this action and therefore requests that the Court authorize him to proceed *in forma pauperis*.

Pursuant to 28 U.S.C. § 1915, the Court "*may* authorize the commencement, prosecution or defense of any suit, action or proceeding . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets." (Emphasis added.) The Court has carefully reviewed the Affidavit of Indigency submitted by Plaintiff and concludes that Plaintiff has *not* met the burden of showing that he is unable to pay the filing fees and costs associated with pursuing this action.

Plaintiff's Affidavit of Indigency shows that he has approximately $3,000 in cash in financial institutions. In addition, the Affidavit shows that Plaintiff has approximately

---

[1]Specific written objections may be filed in accordance with 28 U.S.C. § 636, and Rule 6.02, Local Rules, M.D. Fla., within ten (10) days after service of this report and recommendation. Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.

$54,000 of equity in the house he owns in Crystal River, Florida. Therefore, the Plaintiff has the means to pay the $350 filing fee associated with pursuing this action.

Based upon the information disclosed by the Plaintiff on his Affidavit of Indigency, the Court finds that Plaintiff has not met his burden of showing that he is unable to pay the filing fees and costs associated with pursuing his claim in this Court. Therefore, the Court concludes that it is appropriate to recommend that Plaintiff's Motion To Proceed *In Forma Pauperis* (Doc. 2) be **DENIED**

In view of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's Motion To Proceed *In Forma Pauperis* (Doc. 2) be **DENIED** and that Plaintiff be directed to pay the required filing fee of $350.000, failing which his complaint should be dismissed.

**IN CHAMBERS** in Ocala, Florida, on September 27, 2007.

GARY R. JONES
United States Magistrate Judge

Copies to:

The Honorable Wm. Terrell Hodges
Senior United States District Judge

Counsel for Plaintiff