UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOHN E. LOHMANN,

                Plaintiff,

-vs-                                  Case No.  5:07-cv-387-Oc-10GRJ

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                Defendant.
_____/

## O R D E R

     This case is before the Court for consideration of Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2).  The United States Magistrate Judge has issued a report (Doc. 4) recommending that the Plaintiff's motion be denied.  The Plaintiff has not objected to the report and recommendation of the Magistrate Judge, and the time for objecting has expired.

     Upon an independent examination of the file and upon due consideration, the report and recommendation of the Magistrate Judge (Doc. 4) is adopted, confirmed and made a part hereof, and for the reasons stated in the report, the Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) is DENIED.

     IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 26th day of October, 2007.

UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record